# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

LAWRENCE ODOM

NO. 2021 KW 0340

**MAY 10, 2021**

---

In Re:     Lawrence Odom, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 04-81-0512.

---

**BEFORE:  McDONALD, HOLDRIDGE, AND PENZATO, JJ.**

**WRIT DENIED.** The records of the East Baton Rouge Parish Clerk of Court's Office reflect that the district court acted on relator's motion to unseal the jury polling sheets on April 12, 2021.

**JMM**
**GH**
**AHP**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT